UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHELE BILLESBACH,<br><br>　　　　Defendant. | 2:02-cr-630-PMP-RJJ |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Second Amended Judgment in a Criminal Case (#41) on February 4, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Second Amended Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Super Pawn
**Total Amount of Restitution Ordered:** 11,861.00

Dated this _22_ day of ~~July~~ August, 2016.

_____
UNITED STATES DISTRICT JUDGE